# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vicente Quijada Bonilla<br>Vicente A. Portillo Quijada<br><br>v.<br><br>Michael Chertoff; DHS; Emilio T. Gonzalez;<br>USCIS; Lynne Skeirik; Herman Pardo;<br>Condoleezza Rice | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>CV 08   MMC 1061 |

TO: (Name and address of defendant)

The above-named defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert B. Jobe
Law Office of Robert B. Jobe
550 Kearny St., Ste. 200
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK
Helen L. Almacen

DATE  FEB 2 1 2008

_____
(BY) DEPUTY CLERK