1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
    VICENTE QUIJADA BONILLA;          )    No. C 08-1061 MMC
12  VICENTE A PORTILLO QUIJADA,       )
                                      )
13                      Plaintiffs,   )
                                      )    STIPULATION TO DISMISS ;
14          v.                        )    ORDER
                                      )
15  MICHAEL CHERTOFF, Secretary,      )
    Department of Homeland Security; et al.  )
16                                    )
                        Defendants.   )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    STIPULATION TO DISMISS
    No. C 08-1061 MMC

1    Plaintiffs, by and through their attorney of record, and Defendants, by and through their

2  attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice.

3    Each of the parties shall bear their own costs and fees.

4  Dated: April 22, 2008                    Respectfully submitted,

5
                                           JOSEPH P. RUSSONIELLO
6                                          United States Attorney

7

8                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
9                                          Assistant United States Attorney
                                           Attorneys for Defendants
10

11  Dated: April 22, 2008                  _____/s/_____
                                           ROBERT B. JOBE
12                                         Attorney for Plaintiffs

13                            ~~PROPOSED~~ ORDER

14     Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

15  TERMINATED, and the Case Management Conference scheduled for June 6, 2008 is hereby

16  VACATED.  The Clerk shall close the file.

17

18  Dated: April 22, 2008                  _____
                                           MAXINE M. CHESNEY
19                                         United States District Judge

20

21

22

23

24

25

26

27  _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
   signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-1061 MMC                2